United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

LORENZO CRAMER,

Case No.  14-cv-02620-JCS (PR)

Plaintiff,

12
13

v.

**ORDER OF TRANSFER**

14

EVALYN HOROWITZ, et al.,

15

Defendants.

16
17

 Plaintiff raises various claims against his jailors and staff at Mule Creek State

18

Prison, which lies in the Eastern District of California.  This federal civil rights action is

19

hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies

20

because a substantial part of the events or omissions giving rise to the claims occurred, and

21

the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and

22

1406(a).  The Clerk shall transfer this action forthwith.

23

 **IT IS SO ORDERED.**

24

**Dated:**  June 18, 2014

25
26

      JOSEPH C. SPERO

     United States Magistrate Judge

27
28

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    LORENZO CRAMER,                              Case No.  14-cv-02620-JCS

               Plaintiff,
8
                                                 **CERTIFICATE OF SERVICE**
     v.
9

10   EVALYN HOROWITZ, et al.,

               Defendants.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
13

14          That on 6/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.
16

17   Lorenzo  Cramer
     Mule Creek State Prison
     4001 Highway 104
18   Ione, CA 95640

19

20
     Dated: 6/18/2014
21

22                                               Richard W. Wieking
                                                 Clerk, United States District Court
23

24

25   By:_____

26   Karen Hom, Deputy Clerk to the
     Honorable JOSEPH C. SPERO
27

28

                                                 2