UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CRAMER, | No. 2:14-cv-1472-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| EVALYN HOROWITZ, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests subpoenas to secure the attendance at trial by four of his intended witnesses. ECF No. 34. Because this case is still in the discovery phase (*see* Schedule, ECF No. 33), plaintiff's request is denied as premature. If and when this case is scheduled for trial, the court will provide the parties with instructions for obtaining the attendance of any witnesses.

So ordered.

DATED: March 23, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE