IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LORENZO CRAMER,**

Plaintiff,

v.

**EVALYN HOROWITZ,**

Defendant.

Case No. 2:14-cv-01472-TLN-EFB (PC)

[~~PROPOSED~~] ORDER

Good cause appearing, Defendant's motion to modify the Discovery and Scheduling Order (ECF No. 37) is GRANTED. Defendant is granted twenty-one days from the date of this order to subpoena records from inmate Young and file a motion to compel, if necessary. All other deadlines remain in place.

Dated: May 31, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:14-cv-01472 TLN EFB (PC))